# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-cr-00111-KJD-VCF |
| vs. | **ORDER** |
| JOHN HOWARD AXELGARD, | |
| Defendant. | |

Before the Court is Defendant's Motion to Strike Document (ECF No. 25). On June 14, 2017, Defendant Axelgard filed a letter on his own behalf.

The Federal Public Defender and Daniel C. Coe, Esq. was appointed as counsel of record for Axelgard on April 21, 2017. (ECF No. 10). On May 30, 2017, Daniel C. Coe, Esq. withdraw from this case and Kathryn N. Nester, Esq. was appointed counsel of record for Axelgard. (ECF No. 17 and 20). On June 22, 2017, Axelgard on his own behalf filed a letter regarding representation. (ECF No. 24). Defense counsel now files a motion to strike Axelgard's letter. The letter was filed by Axelgard himself and was not intended as an official filing in this case. *Id.*

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Strike Document (ECF No. 25) is GRANTED.

1  The Clerk of Court is directed to strike the Axelgard's letter (ECF No. 24) from the docket.

2  DATED this 11th day of July, 2017.

                                                                                   _____

                                                                                   CAM FERENBACH
                                                                                   UNITED STATES MAGISTRATE JUDGE