# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN HOWARD AXELGARD,<br><br>          Defendant. | 2:17-CR-00111-KJD-VCF<br>**ORDER** |

Before the Court is the Motion for Hearing to Determine the Mental Competency of Defendant (ECF No. 27).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion for Hearing to Determine the Mental Competency of Defendant (ECF No. 27) is scheduled for 2:00 PM, August 4, 2017, Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 28th day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE