# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN HOWARD AXELGARD,<br><br>　　　　　Defendant. | 2:17-CR-00111-KJD-VCF<br>**ORDER** |

On July 28, 2017, the Court scheduled a hearing on the Motion for Hearing to Determine the Mental Competency of Defendant (ECF No. 27) for 2:00 PM, August 4, 2017. (ECF No. 29). Defendant has now filed a Motion to Strike Hearing, which states that defense has no evidence to submit in opposition of the Government's motion. (ECF NO. 31).

Defendant has filed in error a motion to strike letter, docketed as ECF No. 30.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Strike Hearing (ECF No. 31) is GRANTED. The hearing scheduled for 2:00 PM, August 4, 2017 is VACATED.

IT IS FURTHER ORDERED that the Motion filed in ECF No. 27 is GRANTED. The Order for a Psychiatric Examination and Report Re: Competency will be entered contemporaneously herewith.

The Clerk of Court is directed to strike ECF No. 30.

IT IS SO ORDERED.

DATED this 2nd day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE