# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HOWARD AXELGARD,<br><br>Defendant. | Case No. 2:17-cr-00111-KJD-VCF<br><br>**(PROPOSED) ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL**<br><br>Judge Kent J. Dawson |

THE COURT has considered the stipulated motion of the parties to continue the trial date and finds that:

1. On August 2, 2017, Magistrate Judge Ferenbach ordered that Mr. Axelgard undergo a psychiatric examination to determine his competency. (Dkt. No. 33).

2. Mr. Axelgard is currently at the Federal Bureau of Prisons medical center, Springfield MCFP, undergoing an evaluation.

3. Assisted United States Attorney Veda Travis has no objection to the continuance.

4. Pursuant to the Order dated August 2, 2017, the Speedy Trial time has been tolled pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(8)(A) until a hearing can be held to determine the defendant's mental competency.

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued. A new trial date shall be scheduled after the evaluation is complete and a determination has been made concerning defendant's competency.

DATED this 20th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Spencer W. Rice*
Attorney for Defendant