**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN HOWARD AXELGARD,

        Defendant.

2:17-cr-00111-KJD-VCF

**ORDER**

The court has received a copy of the forensic mental health evaluation for Axelgard. A copy is filed under seal contemporaneously with this order. The Clerk of Court is directed to mail a copy of the sealed forensic mental health evaluation to the government and defense counsel.

Accordingly,

IT IS HEREBY ORDERED that a telephonic status hearing is scheduled for 2:00 PM, January 22, 2018.

The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 20th day of December, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE