# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN HOWARD AXELGARD,<br><br>　　　　　　Defendant. | 2:17-cr-00111-KJD-VCF<br><br>**<u>ORDER</u>** |

　　　Before the court is the *United States of America v. John Howard Axelgard*, case no. 2:17-cr-00111-KJD-VCF. The court has received the Forensic Mental Health Evaluation on Mr. Axelgard.

　　　IT IS HEREBY ORDERED that a competency hearing is scheduled for 2:00 p.m., July 3, 2018, in courtroom 3D.

　　　The Clerk of Court is directed to email a copy of the Forensic Mental Health Evaluation to Kathryn Neal Nester, Esq. and Veda M. Travis, Esq.

　　　The U.S. Marshal is directed to transport defendant to and from the hearing.

　　　DATED this 14th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE