# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN HOWARD AXELGARD,<br><br>    Defendant. | 2:17-cr-00111-KJD-VCF<br><br>**<u>AMENDED ORDER</u>** |

  Before the court is the *United States of America v. John Howard Axelgard*, case no. 2:17-cr-00111-KJD-VCF. The court has received the Forensic Mental Health Evaluation on Mr. Axelgard.

  IT IS HEREBY ORDERED that a competency hearing is scheduled for 2:00 p.m., July 3, 2018, in courtroom 3D.

  The Clerk of Court is directed to email a copy of the Forensic Mental Health Evaluation to Kathryn Neal Nester, Esq. and Veda M. Travis, Esq. Only counsel's presence is required at the competency hearing.

  DATED this 18th day of June, 2018.

                  _____
                  CAM FERENBACH
                  UNITED STATES MAGISTRATE JUDGE