# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN HOWARD AXELGARD,<br><br>        Defendant. | 2:17-cr-00111-KJD-VCF<br><br>**ORDER** |

Before the court is the *United States of America v. John Howard Axelgard*, case no. 2:17-cr-00111-KJD-VCF. The court has received the Forensic Psychological Report on Mr. Axelgard.

IT IS HEREBY ORDERED that a competency hearing is scheduled for 11:00 a.m., November 2, 2018, in courtroom 3D.

The Clerk of Court is directed to email a copy of the Forensic Psychological Report to Kathryn Neal Nester, Esq. and Veda M. Travis, Esq. Only counsel's presence is required at the competency hearing.

DATED this 10th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE